UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:89 CR 50 SNL |
| ) | |
| JACKIE L. BANKS, ) | |
| ) | |
| Defendant. ) | |

**DETENTION ORDER AND ORDER TO APPEAR**

On October 4, 2005, defendant Jackie L. Banks appeared before the undersigned for a preliminary supervised release revocation hearing and a detention hearing. After consulting with appointed counsel and after addressing the court personally, defendant Banks voluntarily waived his right to a preliminary hearing. Further, he agreed to submit the detention issues to the court based upon the written report of the pretrial services officer.

Upon the written report of the pretrial services officer, which the undersigned adopts and incorporates by reference, the court finds that the release of defendant Jackie L. Banks upon his own recognizance, an unsecured appearance bond, or any condition of release will not reasonably assure the court that he will appear in court as required.

Whereupon,

**IT IS HEREBY ORDERED** that defendant Jackie L. Banks appear before District Judge Stephen N. Limbaugh for a final supervised release revocation hearing on October 6, 2005, at 11:00 a.m.

**IT IS FURTHER ORDERED** that defendant Jackie L. Banks is committed to the custody of the United States Marshals Service until further order.

/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 4, 2005.